Mr. Stanley J. Houston / plaintiff

JUDGE OLIVER
MAG. JUDGE PARKER

FILED
17 JUN 16 PM 12:02
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

1:17 CV 1269

v

Defendant
THE University Hospitals
of Cleveland and Metro
Health Clinics, Medicare
Insurance, Companies

## Complaint

To the Honorable Judges & Magistrate court room & chambers now comes the bodies and parties, as U.S. Government citizen plaintiffs in this case. In original action, these Mental Health & Public Health & public safety clients in this case have partially been missed, in a EMS, emergency ambulance cab medical services 201 for public intoxication, for an detox unit, which mental health never consum. or have any thing to do with the incidents, of (ones) garments, clothing, Bus passes, monies of property compensate misplaced under Fairmont Insurance policys Medical Insurance policy files against bodies, was define Metropolitan Buckeye Health

2

Metro Health Insurance, Metro Health Insurance, Free Clinic Insurance, V.A. Medical Insurance And Medical Centers, And clinics in United States for amputation (4 toes) cut off our trail foot Killing Dillator Life Machine, hip replacement. A bad eye, poor vision & strength, Care Alliance Clinic, Free Clinics, Cleveland Clinics, St Vincent Charity, Fairview Hospital, Hillcrest, Bedford Hospital, Ohio, Southpointe Hospital, Southpointe Hospital, Belida Hospital, Huron Road Hospital, Lutheran Hospital, Dental centers, Veterans Dental Hospital, O.S.U Dental clinic, Free clinic, Metro, Cleveland Clinic Dental clinic, St Vincent Charity, Plaintiff needs copies of x-rays, MRI, Stanly Houston Malibu, & Malibu Fracture Jaw Bone - x-rays and discharge papers upon release at ER rooms. Dental clinics, ST Vicent Charity, with Dr. Bristachie Dental surgeons, A fractured 89 Places Skull fractured 18 damaged vortabers, Buster tongue gum infection, buster gums

At Lutheran Hospital or Clinic Cleveland clinic Amputation Hosp.tal patients

(PAGE NO.)

# III

Dr's at the foot surgeon clinics were Dr. Pierce, Dr. Sabbath, Dr. Andrews and Frangue at North Coast Sagamore Hills Ohio Mental Health Health care provider.

Plaintiff or parties needs extra discharge papers from St. Vincents Charity Care Alliance, Metro Hospital, Wood Clinics and the Greater Cleveland Areas, of Cuyahoga County Nursing Facilities, Rehab centers Treatment Centers, such as MHH Talbots East Communications, CCCF, or orange MHH Talbots, CATS, on orange Avenue self center and Methadone clinics, on East Avenue self center and Methadone clinics, on East 55th and Euclid Ave est, Mission Crossroads program Salvation Army on 22nd and Central, Harbor Lights, Rehab, Detox Tank.

Rotation Plans and city view facilities on Franklin Avenue and Carnegie 63rd Street Avenue. Chest. x-rays at O'Neill, Metro, and Cleveland Cuyahoga County, Jail — 2014, and 2015, and 2016.

(NO. 3-4)
(pg )

Clients in this case Had
(3) Three Mild Strokes from a frostbite on Half Basketball Recreation county Jail 10-H-11 No. 18 The Honorable Judge Sue's Hollie Gallagher And Michelle G. Sourelly floor - 16 th

In this case with criminal court Judge county Judge Hollie Gallagher AC floor with Houston was Honital case Law has frontline with this Clinic with sentences by the above cautious Judge on A mental Health cases loss from frontline with s Clinic s with Dr. Stevens, Dr. Babel and Michelle And Dr. Choe, and Mr. Tallman is a practitioner Also Health care provider And Medical Coordinator of Jail I-II The Multipurpose county Jail No. II Mr. Tallmon is a practitioner Also The Deputy Warden is $$$$ Also Warden or Superintendent of Institution And Bigee and Deputy Superintendents so-called part-time case manager Gene-Haller of frontline clinic on Payne Avenue. After Mr. Houston was Served the Nursing home with All Senior citizens in nursing homes the courts commissary, An Medical Have to Reimburst

(No. 5 pg)

Mr. Houston His/Her monies, fees, or monenes for Mental Health medicines, by Lilly Pharmacitions & Pharmacy

In support of memorandum

1. All parties in this is entitled to Representation & legal counsel

2. All Bodies are U.S. Government citizens, plaintiffs or clients

3. All has a right to a freedom of speech!

4. All parties in this precious case duly understand the requirements under oath, pertaining be the Ohio constitution

5. Under the statue of limitation and the 5th Amendment, parties or bodies, have a right a video hearing or bench hearing or Jury Trial hearing

(pg)

NO. 6

6. → Plaintiffs or bodies in Demonstration the Requirements of the Constitution to forward a Notice to Avoid complaint Behavior because to was know about

7. All parties or bodies all legally Assessed to go on Line, and File briefly considering the hearing of your claim or complaint and extentions of your appeals and notice to Alloyed States.

Plaintiff or Bodies has several servere Medical issues, concerning the plastice complaining About his/her Hygeine, and swell when in a bill of Right and bill of particulars, civil Amendments are and not part of or behalf of the Ohio constitution, under a Black/hung Lawsuit, in the United States, and other begins

Clients Medical Expense and Bills were totally non-consistated for concerning Mr. Houston cronchile illnessess at the Cleveland clinics Hospital, VA Hospital and clinics in the United States, all clinics Nursing Homes, Nursing facilities

(page)
7 no.

Mental Health clinics, out patients Health care and treatment out patient

## Certificate of Services

In the supreme of Maryland and the food & drug administration. Also clearing house for bissmy on the courts of Appeals in Washington DC Cuyahoga county 8th 4th 6th 2nd and 10th 14th circuit court of Appeals and appeasly courts in West and Eastern division and supremo court of Appeals and civil division and Probate courts and regions, Plaintiff need Smedical insurance Medicare or Medicade by paramount insurance policy for very very young and serious chronic illnesses, Tac Ohio O.R.C ordisance. $102.00 Revised code

Date

Rose

Sworn and subscribed
I duly swear under Oath

(page 8 of 8)

Clients only in those citations cases Hearings or issues, the Does or would provide or recommends that the state under oath audit complaint the constitution all Amendments

All violations in some cases are not always non negotiable, and is strictly illegal. See. The Supreme of Austin Texas court of criminal see Tex Gov't code § 22.001 – 22.002 the court of criminal appeal has a final jurisdiction over criminal matters in the state of Texas. See Tex. Gov't code § 22.001 & Texas constitution Article 4 section 3. A petition for discretion review in a criminal case must be file in the clerks of courts of criminals Appeals see Texas R. App. P. 68.3. Bill of Rights #4190 social security administration, and the Bill of particulars.

Pro Se
Mr. Stanly J Houston